IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BAD BOY, INC.                                                                      PLAINTIFF

v.                                      1:19-cv-17-DPM

INTIMIDATOR, INC.; and
RF PRODUCTS, INC.                                                            DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 30 September 2019 to enforce the settlement.

*D.P. Marshall Jr.*
United States District Judge

2 July 2019